FILED & JUDGMENT ENTERED
Christine F. Winchester

September 19 2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Laura T. Beyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In Re: | |
| LUIS SALVADOR PEREZ, | Case No. 25-30259 |
| Debtor. | Chapter 13 |

**AGREED ORDER DENYING MOTION OF**
**<u>AMERIS BANK FOR RELIEF FROM THE AUTOMATIC STAY</u>**

THIS CAUSE came before the Court upon the Motion (the "Motion") [ECF No. 37][1] of Ameris Bank ("Ameris"), a secured creditor in these proceedings, for an order, pursuant to 11 U.S.C. § 362 affording relief from the automatic stay imposed as a result of this bankruptcy case, and the Opposition [ECF No. 38] to the Motion filed by the Debtor, Luis Salvador Perez. Upon the agreement of Ameris and the Debtor, it is

**ORDERED:**

1. The Motion is DENIED, subject to the conditions set forth below.

2. The automatic stay imposed by 11 U.S.C. § 362 shall remain in effect; *provided however,* if the Debtor fails to make any payment to Ameris due under the North Carolina Note or the Florida Note within 30 days of the date the payment is due (a "Default") Ameris may file an

[1] Unless otherwise noted, capitalized terms from the Motion are incorporated by reference herein.

affidavit of such Default in this Case and the automatic stay shall be terminated immediately as to Ameris to allow Ameris to exercise all *in rem* remedies available under the North Carolina Note, North Carolina Deed of Trust, the Florida Note and the Florida Mortgage, including but not limited to foreclosure of the North Carolina Deed of Trust encumbering the Debtor's real property having the address of 10345 Fairway Ridge Road, Charlotte, North Carolina 28277 as more particularly described as:

> A certain lot or parcel of land lying and being in City of Charlotte, Mecklenburg County, North Carolina and more particularly described as follows:
>
> Being all of Lot 73 of Wellington Square Subdivision, Ma 1, as the same is show upon a plat thereof recorded in Map Book 20 at the Page 442 of the Mecklenburg County, North Carolina Public Registry.
>
> This being the same property conveyed to Luis S. Perez dated 01/28/2015 and recorded on 03/19/2015 in Book 29825, Page 223, in the Mecklenburg County recorders office.
>
> Parcel No. 22530317

and foreclosure of the Florida Mortgage which encumbers the Debtor's real property having the address of 1817 S. Ocean Drive #328, Hallandale, Florida 33009, as more particularly described as:

> Condominium Unit No. 328, of IMPERIAL TOWERS CONDOMINIUM, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 3951, Page 773, of the Public Records of Broward County, Florida, and all amendments thereto, together with its undivided share in the common elements.

3. The Default provision in paragraph 2 shall be in effect for a period of twelve (12) months from the date of this Order.

4. The provisions of paragraph 2 of this Order are entered for the sole purpose of allowing Ameris to obtain *in rem* relief against the North Carolina Real Property and the Florida Real Property and Ameris shall not obtain *in personam* relief against the Debtor.

5. The Debtor's counsel is allowed a non-base fee in the amount of $450, to be paid by the Trustee. The Trustee is permitted to modify the plan to accommodate the allowed fees and costs.

SEEN AND AGREED:

*/s/ Bryan G. Scott*
Bryan G. Scott
N.C. State Bar No. 32920
AKERMAN LLP
100 North Main Street, Suite 2425
Winston-Salem, NC 27101
Telephone: (336) 296-7100
Facsimile: (336) 296-7010
Email: bryan.scott@akerman.com

*Counsel for Ameris Bank*

*/s/ Jack G. Lezman*
Jack G. Lezman
Attorney at Law
8316 Medical Plaza Dr., Suite B
Charlotte, NC 28262
(704) 544-8202
NC Bar # 22168

*Counsel for Debtor*

NO OBJECTION

*/s/ Jenny P Holman*
Jenny P. Holman
Office of the Chapter 13 Trustee -Charlotte
3800 Arco Corporate Drive, Suite 510
Charlotte, NC 28273
Telephone: (704) 372-9650
Facsimile: (704) 522-6385

*Chapter 13 Trustee*

**This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.**

**United States Bankruptcy Court**